■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES A. CROOKS, Appellant, v NEW YORK STATE DIVISION OF PAROLE et al., Respondents. [600 NYS2d 10] —Judgment, Supreme Court, Bronx County (Sheri Roman, J.), entered on or about December 14, 1992, which dismissed petitioner's writ of habeas corpus, unanimously affirmed, without costs.

The 3½ month delay between petitioner's parole violation and the execution of the parole violation warrant is not unreasonable. Moreover, respondent has demonstrated a reasonable explanation for the delay. Concur—Rosenberger, J. P., Ellerin, Kupferman, Asch and Rubin, JJ.